X FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 2 1 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR '09 09 04 PHX NVW MHB |
| Plaintiff, | |
| v. | **INDICTMENT** |
| Miley Rose Arnett, | VIO: 18 U.S.C.§ 924(a)(1)(A) (False Statement in Connection with the Acquisition of a Firearm Count 1 |
| Defendant. | |
| | 18 U.S.C. § 924(d) and 28 U.S.C. § 2461 (Forfeiture Allegation) |

THE GRAND JURY CHARGES:

### COUNT 1

On or about March 4, 2009, in the District of Arizona, MILEY ROSE ARNETT, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Mo Money Pawn Shop, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, in that MILEY ROSE ARNETT executed a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, representing that she was the actual buyer of the firearms indicated on the form, specifically, two (2) Armory USA, model SSR-85, 7.62x39 mm rifles, serial numbers B06120876 and B06110587, whereas in truth and in fact, she was not the actual buyer.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION

As the result of committing the foregoing offense in violation of Title 18, United States Code, Section 924(a)(1)(A), as alleged in the Indictment, defendant, MILEY ROSE ARNETT, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offense, including, but not limited to: two (2) Armory USA, model SSR-85, 7.62x39 mm rifles, serial numbers B06120876 and B06110587.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant; (1) cannot be located upon exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third person; (3) has been placed beyond the jurisdiction of the Court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

In violation of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

A TRUE BILL

S/_____
FOREPERSON OF THE GRAND JURY
Date: July 21, 2009

DIANE J. HUMETEWA
United States Attorney
District of Arizona

S/_____
TRACY VAN BUSKIRK
Assistant U.S. Attorney